IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:03-CR-029-01 |
| ) | |
| DONNA LEE PERRY a/k/a ) | |
| DONNA LEE MANNING, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |
| FERRIER AND FERRIER, PC, ) | |
| ) | |
| Garnishee. | |

## ORDER FOR ISSUANCE OF
## WRIT OF CONTINUING GARNISHMENT

Before the Court is the United States' Application for Writ of Continuing Garnishment to Garnishee Ferrier and Ferrier, PC, for substantial nonexempt property belonging to or due the Defendant-Judgment Debtor, Donna Lee Manning. Upon consideration, the Court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3205, and hereby GRANTS the application.

THIS COURT ORDERS the issuance of the accompanying Writ of Continuing Garnishment to the Garnishee.

THIS COURT FURTHER ORDERS that the Clerk of Court shall issue a Clerk's Notice of Garnishment, which shall be prepared by counsel for the United States, in accordance with 28 U.S.C. § 3202(b).

THIS COURT FURTHER ORDERS that, pursuant to 28 U.S.C. § 3205(c)(3), the United States shall certify to the Court when service on the Garnishee and Defendant-Judgment Debtor is complete.

**IT IS SO ORDERED** this 7th day of June, 2016.

*[Signature]*

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA